United States District Court
Northern District of California
San Francisco, California

Fernando Fontanez
525 Mellon St. SE #105
Washington, D.C. 20032

vs.

Facebook Inc.
1 Hacker Way
Menlo Park, California
94025

CV 21 6920

FILED
SEP -7 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

JCS

## Breach of Contract Complaint

Now comes Plaintiff Fernando Fontanez citing that; Facebook Inc, breached contract with Plaintiff and illegaly disabled Plaintiff's Facebook page without cause on May 12 2021 and has ignored repeated requests to have technical difficulties on their part fixed in order to file a dispute to have account restored. The company claimed on the Facebook page that they request a dispute to be filed to review account being disabled and that they would send an "SMS" message to Plaintiff's phone but; never have sent the "SMS". On August 29 2021 the account statement is that account cannot be reviewed due to too much time elapsed since account disabled.

Plaintiff has a right to request review citing no illegal activity on Plaintiff's part and compliance of Defendant that; is fair to Plaintiff and all customers of Defendant in accordance with the Defendants corporate Hooman Rights policy barring discrimination.

Defendants have a Vice President of Integrity (Guy Rosen) and a Vice President of Civil Rights (Roy Austin) and clearly have engaged in violating Plaintiff's civil rights and

2.

know that Plaintiff's Facebook Page highlights Plaintiff's "AmericaFirstBill.com – America First Project – The Real 911 – AmazonBooks.com" material and book series that gets the world and U.S. Government monies to end Terror/War and Deficits.

Plaintiff's work is Non-Discriminatory as all Nations and Americans get monies with Plaintiff's 20 Year Fiscal Policy Research sparking Identity Theft and Attempted Murder, Grand Larceny and Attempted Copyright Theft Along with Illegal Copying of Plaintiff's Book Seven Grand Larceny.

Plaintiff believes Facebook has been contacted by criminals engaged in Identity Theft Etc, and also Defendants ignored defrauding of Facebook data given to Facebook by Plaintiff requiring a meeting to recover defrauded monies with 1% reward to Plaintiff that will be recouped by Defendants Civil Action Investor Opportunities Backing Plaintiff's Book Series and enable U.S. Government Capital Gains Tax Revenues paid from Defendants recovered monies.

Plaintiff seeks $20,000.00 in damages as Plaintiff did have a Legal Binding Contract with Defendant and Plaintiffs Performance is noted on Defendants Facebook Page with Breach on Defendants Part and damages to Plaintiff in a Scheme of Identity Theft to Steal (by Murder of Plaintiff) Plaintiffs Naming Rights worth Billions, Copyright of Book Series worth Billions and deny Plaintiff Life, Liberty and the Pursuit of the American Dream despite

3.

Plaintiffs Lifeworks To Get The World And American Monies Illegally Deprived Of All By Communists

Defrauding All And Pocketing American Taxpayer Monies

Chasing American Companies Out Of America.

"Alternative Dispute Resolution" Is Also An Option Duly Noted.

Honorably Submitted;

*[signature]*

"If we are to guard against ignorance and remain free, it is the responsibility of every American to be informed."
Thomas Jefferson

Mr. Fernando Fontanez
525 Mellon St. SE Apt. 105
Washington, DC 20032-2532

202 270 2642