UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO FONTANEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-06920-JCS<br><br>**ORDER DENYING REQUEST TO APPOINT COUNSEL AND GRANTING REQUEST TO EXTEND TIME**<br><br>Re: Dkt. Nos. 6 |

　　　　Plaintiff Fernando Fontanez, pro se, seeks appointment of counsel and an extension of time to respond to the Court's September 10, 2021 order to show cause.

　　　　As discussed in the order to show cause, it is not clear at this point whether there is any basis for Fontanez's claim. Parties in civil cases generally have no right to appointment of counsel, and the Court has limited resources to do so. Fontanez has not shown that this case warrants that extraordinary relief. The request to appoint counsel is therefore DENIED. No further requests for appointment of counsel will be considered until after the Court determines whether Fontanez's complaint (or an amended complaint) is sufficient to proceed.

　　　　Fontanez's request for an extension of time is GRANTED, and the deadline to respond to the order to show cause is CONTINUED to November 5, 2021. No further extensions of that deadline will be granted.

　　　　**IT IS SO ORDERED.**

Dated: September 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge